47 F.3d 1164
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Edward A. GANEY, Jr., Petitioner--Appellant,
v.
Martin J. McDADE, Respondent--Appellee.
 No. 94-6707.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 19, 1995.
Decided Feb. 14, 1995.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-94-282-5-H)
 E.D.N.C.
 DISMISSED.
 Edward A. Ganey, Jr., Appellant Pro Se.
 Before WILKINS and MICHAEL, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition. Our review of the record and the district court's opinion discloses that this appeal is without merit. We find that Appellant has not stated a cognizable ex post facto claim because the change in the parole law from N.C. Gen.Stat. Sec. 148-60 (1964) to N.C. Gen.Stat. Sec. 15A-1371(d) (1988) did not substantively affect the discretionary nature of parole consideration in North Carolina. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED